# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

Andrea E. Celli, Chapter 13 Standing Trustee
7 Southwoods Blvd.
Albany, NY  12211

---

## NOTICE OF ADDITIONAL CLAIM

---

| | | |
|---|---|---|
| Debtor(s): | Mohamed H. Ali<br>314 Robinson St<br>Schenectady, NY  12304-1326 | Case No.: 15-11408 |
| Attorney: | KRISTIE HANSON<br>1801 ALTAMONT AVE<br>SCHENECTADY, NY  12303 | |
| Creditor: | CITY OF SCHENECTADY<br>BUREAU OF RECEIPTS - ROOM 100<br>CITY HALL - 105 JAY STREET<br>SCHENECTADY, NY  12305 | Acct No.: 50.45-1-28 |

Creditor Type: SECURED                                  Date Claim Filed: May 08, 2018

Claim Amount: $11,714.61                                Interest Rate: 21.00

Reason for notice:  NOT ORIGINALLY INCLUDED IN THE LIST OF CREDITORS

  Pursuant to 11 USC 502(a), the claim noted above is deemed allowed unless an objection is made by the debtor or other parties interested. Distribution will be remitted to the above creditor based on the filed claim amount unless you or your attorney files a written objection with the Court **AND** the Chapter 13 Trustee's office within 45 days from the date of this notice. All written ojections must be in compliance with Rule 9014 which mandates **NOTICE OF MOTION** form. Secured and Priority creditors will be paid in full. Unsecured creditors must receive the minimum percentage as set in the Confirmation Order and/or the Order if there is no objection to this additional claim your plan length and/or plan payments may have to increase. If the additional claim is so large as to render your plan infeasible, your case will be subject to dismissal.

Date: May 21, 2018                                      /s/ Andrea E. Celli
                                                        Andrea E. Celli, Trustee

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 13 |
|    Mohamed H. Ali | Case No.: 15-11408 |
|    Vijai S. Ali | **AFFIDAVIT OF SERVICE** |
|         Debtors | |

**BARBARA LEFEBVRE, BEING DULY SWORN, DEPOSES AND SAYS: THAT SHE IS OVER THE AGE OF 18 YEARS; THAT SHE SERVED A COPY OF THE NOTICE OF ADDITIONAL CLAIM DATED MAY 21, 2018 ON THE FOLLOWING MANNERS: ON MAY 21, 2018.**

**VIA ELECTRONIC FILING:**

KRISTIE HANSON
1801 ALTAMONT AVE
SCHENECTADY, NY  12303

Office of the United States Trustee
74 Chapel Street
Albany, NY  12207

CITY OF SCHENECTADY
BUREAU OF RECEIPTS - ROOM 100
CITY HALL - 105 JAY STREET
SCHENECTADY, NY  12305

**VIA REGULAR U.S. MAIL:**

Mohamed H. Ali
314 Robinson St
Schenectady, NY  12304-1326

Vijai S. Ali
314 Robinson St
Schenectady, NY

**VIA CERTIFIED MAIL:**

**BY DEPOSTING A TRUE AND CORRECT COPY OF THE SAME PROPERLY ENCLOSED IN A POST-PAID WRAPPER IN THE OFFICIAL DEPOSITORY MAINTAINED AT 7 SOUTHWOODS PLAZA, ALBANY, NEW YORK DIRECTED TO SAID PERSON(S), AT SAID ADDRESSES.**

/s/ BARBARA LEFEBVRE

BARBARA LEFEBVRE

Sworn before me this
21st day of May, 2018

/s/ Jessica H. Trzaskos

Reg. # 01TR6341836
Notary Public - State of NY
Qualified in Albany County
My Comission Expires 05/16/2020