UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **MOHAMED H. ALI** | Chapter 13 |
| **VIJAI S. ALI** | Case No. 15-11408 |
| Debtors. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPLICATION FOR VOLUNTARY DISMISSAL

We, Mohamed H. and Vijai S. Ali, debtors in the above entitled matter hereby make this application to voluntarily dismiss the within Bankruptcy pursuant to 11 USC Section 1307 (b). Said case has not been converted under Section 706, 1112 or 1208.


/s/ Mohamed H. Ali
MOHAMED H. ALI


/s/ Vijai S. Ali
VIJAI S. ALI


Dated:  February 17, 2020


Sworn to before me this 17th
Day of February, 2020


/s/Kristie H. Hanson
NOTARY PUBLIC
Reg. No. 4975556
NOTARY PUBLIC - State of New York
Qualified in Schenectady County
My Commission Expires 12/10/2022